# EXHIBIT A

## Court of Common Pleas of Philadelphia County
### Trial Division
# Civil Cover Sheet

**For Prothonotary Use Only (Docket Number)**
**JULY 2012**     **004606**
E-Filing Number: 1208003296

| | |
|---|---|
| **PLAINTIFF'S NAME**<br>SANTOSH LAL | **DEFENDANT'S NAME**<br>TARGET CORPORATION |
| **PLAINTIFF'S ADDRESS**<br>2737 SPRINGFIELD ROAD<br>BROOMALL PA 19008 | **DEFENDANT'S ADDRESS**<br>1000 NICOLET MALL TRPN 0945<br>MINNEAPOLIS MN 55403 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME**<br>TARGET STORES, INC. |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS**<br>1000 NICOLET MALL TRPN 0945<br>MINNEAPOLIS MN 55403 |
| **PLAINTIFF'S NAME** | **DEFENDANT'S NAME**<br>TARGET CORPORATION T-1269 |
| **PLAINTIFF'S ADDRESS** | **DEFENDANT'S ADDRESS**<br>2050 CHEMICAL ROAD<br>PLYMOUTH MEETING PA 19462 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 3 | [X] Complaint  [ ] Petition Action  [ ] Notice of Appeal<br>[ ] Writ of Summons  [ ] Transfer From Other Jurisdictions |

**AMOUNT IN CONTROVERSY**
- [ ] $50,000.00 or less
- [X] More than $50,000.00

**COURT PROGRAMS**
- [ ] Arbitration         [ ] Mass Tort            [ ] Commerce              [ ] Settlement
- [X] Jury                [ ] Savings Action       [ ] Minor Court Appeal    [ ] Minors
- [ ] Non-Jury            [ ] Petition             [ ] Statutory Appeals     [ ] W/D/Survival
- [ ] Other:

**CASE TYPE AND CODE**
2V - MOTOR VEHICLE ACCIDENT

**STATUTORY BASIS FOR CAUSE OF ACTION**

**RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)**

FILED
PRO PROTHY
AUG 02 2012
S. GARRETT

**IS CASE SUBJECT TO COORDINATION ORDER?**
YES    NO

### TO THE PROTHONOTARY:
Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: SANTOSH LAL
Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY<br>MARC I. SIMON | ADDRESS<br>SIMON & SIMON, P.C.<br>1515 MARKET STREET<br>SUITE 1910<br>PHILADELPHIA PA 19102 |
|---|---|
| PHONE NUMBER: (215) 400-2251 | FAX NUMBER: (267) 639-9006 |
| SUPREME COURT IDENTIFICATION NO.<br>201798 | E-MAIL ADDRESS<br>matthewzamites@simonpc.com |
| SIGNATURE OF FILING ATTORNEY OR PARTY<br>MARC SIMON | DATE SUBMITTED<br>Thursday, August 02, 2012, 11:59 am |

FINAL COPY (Approved by the Prothonotary Clerk)

THIS IS NOT AN ARBITRATION COMPLAINT
AN ASSESSMENT OF DAMAGES HEARING IS
REQUIRED

SIMON & SIMON, P.C.
By:  Marc I. Simon, Esq.
     Matthew Zamites, Esq.
     Joshua A. Rosen, Esq.
     James Blumenthal, Esq.
     Alex Kroupa, Esq.
Attorney I.D. Nos. 201798/82140/308825/89506/309425
1515 Market Street, Suite 1910
Philadelphia, PA 19102
(215) 400-2251

Attorneys for Plaintiff

| | |
|---|---|
| Santosh Lal<br>2737 Springfield Road<br>Broomall, PA 19008<br>　　　　Plaintiff<br>　　v.<br><br>Target Corporation<br>1000 Nicolet Mall TRPN 0945<br>Minneapolis, MN 55403<br><br>2050 Chemical Road<br>Plymouth Meeting, PA 19462<br><br>　　and<br><br>Target Stores, Inc.<br>1000 Nicolet Mall TRPN 0945<br>Minneapolis, MN 55403<br><br>2050 Chemical Road<br>Plymouth Meeting, PA 19462<br><br>　　and<br><br>Target Corporation T-1269<br>2050 Chemical Road<br>Plymouth Meeting, PA 19462<br>　　　　Defendants | COURT OF COMMON PLEAS<br>PHILADELPHIA COUNTY<br><br>August Term, 2012<br><br>No.<br><br>JURY TRIAL DEMANDED |

Case ID: 120704606

## NOTICE TO DEFEND

### NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.

**PHILADELPHIA BAR ASSOCIATION
LAWYER REFERRAL AND
INFORMATION SERVICE**
One Reading Center
Philadelphia Pennsylvania 19107
Telephone: (215) 238-1701

### AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las páginas siguientes, usted tiene viente (20) dias de plazo al partir de la fecha de la demanda y la notificación. Hace falta asentar una comparesencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomará medidas y puede continuar la demanda en contra suya sin previo aviso o notificación. Además, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN PERSONA O LLAME POR TELÉFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

**ASOCIACIÓN DE LICENCIADOS DE
FILADELFIA
SERVICIO DE REFERENCIA E
INFORMACIÓN LEGAL**
One Reading Center
Filadelfia, Pennsylvania 19107
Telefono: (215) 238-1701

Case ID: 120704606

## COMPLAINT

1. Plaintiff, Santosh Lal, is a resident of the Commonwealth of Pennsylvania with an address set forth in the caption of this Complaint.

2. Defendant, Target Corporation, is a corporate entity authorized to conduct business in the Commonwealth of Pennsylvania, and regularly conducts business in Philadelphia, with a business address listed in the caption of this Complaint, and which at all times material hereto was the owner, operator, maintainor, possessor, lessor, lessee and/or otherwise legally responsible for the care, control and safety of the premises located at 2050 Chemical Road, Plymouth Meeting, PA 19462, referred to hereinafter as "Defendants' premises."

3. Defendant, Target Corporation, is a corporate entity authorized to conduct business in the Commonwealth of Pennsylvania, and regularly conducts business in Philadelphia, with a business address listed in the caption of this Complaint, and which at all times material hereto was the owner, operator, maintainor, possessor, lessor, lessee and/or otherwise legally responsible for the care, control and safety of the "Defendants' premises.".

4. Defendant, Target Stores, Inc., is a corporate entity authorized to conduct business in the Commonwealth of Pennsylvania, and regularly conducts business in Philadelphia, with a business address listed in the caption of this Complaint, and which at all times material hereto was the owner, operator, maintainor, possessor, lessor, lessee and/or otherwise legally responsible for the care, control and safety of the "Defendants' premises.."..

5. Defendant, Target Corporation T-1269, is a corporate entity authorized to conduct business in the Commonwealth of Pennsylvania, and regularly conducts business in Philadelphia, with a business address listed in the caption of this Complaint, and which at all times material

hereto was the owner, operator, maintainor, possessor, lessor, lessee and/or otherwise legally responsible for the care, control and safety of the "Defendants' premises."..

6. Defendants named in paragraphs 2 through 5 above will be collectively referred to as "Target" or "Defendants" for the entirety of this Complaint.

7. At all times material hereto, Defendants were acting individually, jointly and/or by and through its agents, servants, franchisees, workmen and/or employees for the maintenance, repair, care and control of the premises located at 2050 Chemical Road, Plymouth Meeting, PA 19462, referred to hereinafter as "Defendants' premises."

8. At all times material hereto, Defendants, individually, jointly and/or by and through their agents, servants, representatives and/or employees, acting within the scope of their agencies, were at all times material hereto the owner(s), operator(s), maintainor(s), possessor(s), lessor(s), lessee(s) and/or otherwise legally responsible for the care, control and/or safety of the premises.

9. At all times material hereto, defendants, was/were the owner(s), operator(s), lessor(s), lessee(s), maintainor(s), possessor(s), and/or otherwise responsible acting individually, jointly, and/or by and through his/her/their agents, servants, franchisees, workmen and/or employees for the maintenance, repair, care and control of the premises.

10. At all times relevant hereto, Defendants, individually, jointly and/or through its agents, servants, franchisees, workmen and/or employees, had a duty to keep and maintain the aforesaid premises in a reasonably safe condition for those persons lawfully thereon, including plaintiff, Santosh Lal.

11. On or about May 31, 2011, at approximately 9:15p.m., Plaintiff, Santosh Lal, was a business invitee, licensee and/or otherwise legally on defendant's premises.

12. At or about the same date and time, Plaintiff, Santosh Lal, was caused to slip and fall on a soda and/or liquid substance that was on the floor at the 2050 Chemical Road, Plymouth Meeting, PA 19462 premises, causing serious and permanent personal injuries on account of which this action is brought.

13. At or about the same date, time and place in question, and for some period of time prior thereto, Defendants, acting individually, jointly and/or by and through its agents, servants, franchisees, workmen and/or employees, negligently, recklessly and/or carelessly allowed and permitted dangerous and unsafe conditions to exist, including but not limited to, the conditions which directly resulted in the plaintiff's injuries.

14. As a result of this accident, the plaintiff suffered severe and permanent bodily injuries as more fully set forth at length below.

15. The negligence, carelessness, and/or recklessness of Defendants consisted of, inter alia, the following:

(a) Failure to remove the soda and/or liquid substance from the floors;

(b) Failure to regard the rights, safety and position of the Plaintiff in and about the area of the aforementioned accident;

(c) Failure to request and supervise periodic inspections of the premises in and around the area where Plaintiff fell by Defendant's employees and/or agents.

(d) Failure to reasonably inspect, maintain and/or otherwise exercise due and reasonable care under the circumstance in view of the foreseeable dangers, accidents and/or injuries that could occur as a result of the conditions on the premises.

(e) Failure to comply with Philadelphia County and Commonwealth of Pennsylvania

(f) Failure to provide sufficient warning to the Plaintiff as to the existence of the reasonably foreseeable defective, dangerous, and unsafe conditions giving rise to the instant action.

(g) Failure to provide adequate safeguards to prevent the injury to Plaintiff.

(h) Failure to exercise the proper care, custody and control over the aforesaid premises.

(i) Failing to provide a suitable and/or proper safeguard or other floor covering and/or mat at and/or near the location of plaintiff's slip and fall to absorb soda and other liquid which was reasonably foreseeable to be spilled; and

(j) Failing to prevent the soda and/or other liquid substance from spilling and remaining on the floor in a place where plaintiff and/or other business invitees would be likely to travel.

16. As a direct result of the negligence of defendant, as described hereinabove, the plaintiff suffered various serious and permanent personal injuries, serious and permanent impairment of bodily function and/or permanent disfigurement, and/or aggravation of pre-existing conditions.

17. As a result of these injuries, all of which are permanent in nature and all of which are to plaintiff's great financial detriment and loss, plaintiff has in the past, is presently and may in the future suffer great anguish, sickness and agony and will continue to suffer for an indefinite time into the future.

18. As an additional result of the carelessness, negligence and/or recklessness of the Defendants, Plaintiff has suffered emotional injuries, along with the physical injuries suffered.

Case ID: 120704606

19. As a further result of the Plaintiff's injuries, Plaintiff has in the past, is presently and may in the future undergo a great loss of earnings and/or earning capacity, all to plaintiff's further loss and detriment.

20. Furthermore, in addition to all the injures and losses suffered by the Plaintiff, Plaintiff has also incurred or will incur medical, rehabilitative and other related expenses in an amount equal to and/or in excess of any applicable health insurance coverage for which plaintiff has not been reimbursed and upon which the plaintiff makes a claim for payment in the present action.

WHEREFORE, Plaintiff, Santosh Lal, demands judgment in his favor and against Defendants, Target Corporation, Target Stores, Inc., and Target Corporation T-1269, in an amount in excess of Fifty Thousand ($50,000.00) Dollars, plus all costs and other relief this court deems necessary.

SIMON & SIMON, P.C.

BY: _____/s_____

Marc I. Simon, Esquire
Matthew Zamites, Esquire
Joshua Rosen, Esquire
James Blumenthal, Esquire
Alexander Kroupa, Esquire
Simon & Simon, P.C.
1515 Market Street
Suite 1910
Philadelphia, PA 19102
215-400-2251
*Attorney for Plaintiff*

Case ID: 120704606

## **VERIFICATION**

I, Marc I. Simon, Esquire, hereby state that I am the attorney for the Plaintiff in the within action and that the facts set forth in this Civil Action Complaint above are true and correct to the best of my knowledge, information and belief.

I understand that the statements in this Verification are made subject to the penalties of 18 Pa.C.S. § 4904 relating to unsworn falsification to authorities.

_____
Marc I. Simon